## (November 22, 1965)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERALD MCTAVISH, Appellant.— Application for permission to proceed as a poor person and assignment of counsel upon appeal from judgment of conviction rendered

in Court of Special Sessions, Village of Canton, on April 10, 1958, denied. (Code Crim. Pro., § 517.) Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.